People ex rel. Bessie Rardin, Appellee, v. Claude Rardin, Appellant.

INSTRUCTIONS—*when error will not reverse.* If the verdict and judgment are clearly right an instruction though subject to criticism will be regarded as harmless error and a reversal will not be awarded.

Bastardy. Appeal from the County Court of Coles county; the Hon. WALTON S. LAMON, Judge, presiding. Heard in this court at the May term, 1909. Affirmed. Opinion filed October 25, 1909.

CHARLES G. LEE and J. H. MARSHALL, for appellant.

ROBERT G. HAMMOND and JOHN McNUTT, for appellee.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

This is an appeal by the defendant from a judgment of conviction for bastardy. The evidence clearly justifies the finding of the jury, and the only error assigned relates to the action of the court in giving the second instruction tendered by appellee. While the instruction is not a model, it has been considered and held not to be misleading in N. Chicago City Ry. Co. v. Gastka, 27 Ill. App. 518, affirmed in 128 Ill. 613, and also in W. Chicago St. R. R. Co. v. Loftus, 83 Ill. App. 192.

In view of the uncontradicted evidence in the record tending to establish the guilt of the defendant, the instruction could not have operated to his prejudice.

The judgment is affirmed.

*Affirmed.*